## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

CRYSTAL PING, *individually and as*
*Administrator of the Estate of Justin Ping,*
*deceased,*

      **Plaintiff,**

   **v.**                                                  Case No.: 15-46 JPG/SCW

MYLES J. MATTEWS, *et al.,*

      **Defendants.**

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal as to specific

counts (doc. 25).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff

may dismiss an action without a court order pursuant to a stipulation signed by all parties.

Here, parties have presented a stipulation of dismissal for counts two, four, six and eight

signed by all parties as to those counts.  Pursuant to the parties' stipulation, those counts

are **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to enter

judgment accordingly at the close of the case.  Counts one, three, five and seven remain

pending.

**IT IS SO ORDERED.**
**DATED: April 30, 2015**

                                     *s/J. Phil Gilbert*
                                     **J. PHIL GILBERT**
                                     **DISTRICT JUDGE**